

January 12, 2018

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Building
228 Walnut Street
PO Box 908
Harrisburg, PA  17108

      Re:  Jennifer Leona Livengood
           Chapter 13 - Case No. 1:12-bk-07004-RNO

To the Clerk:

Please be advised that the address for the above-referenced client has changed.
Please change the address:

From:
      3550 Middleboro Road
      Dover, PA  17315

To:    1814 Virginia Avenue
       Dover, PA  17315

                    Very truly yours,
                    DeArmond & Associates of York, LLC

          BY:    ***/s/ Keith B. DeArmond***
                    Keith B DeArmond, Esquire

KBD/jes

18 South George Street | Suite 610 | York, Pennsylvania  17401
P: 717.885.0937 | F: 717.845.4100