```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 12-07004-RNO
Robert Van Livengood                                                Chapter 13
Jennifer Leona Livengood
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh            Page 1 of 1            Date Rcvd: Jan 12, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
              +Medstar Franklin Square Medical Center Attn:  Payr,    9000 Franklin Square Drive,
                Baltimore, MD 21237-3901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Jackie J DeArmond    on behalf of Debtor 2 Jennifer Leona Livengood
               bernadette.dearmondlaw@gmail.com
              Jackie J DeArmond    on behalf of Debtor 1 Robert Van Livengood bernadette.dearmondlaw@gmail.com
              James Warmbrodt    on behalf of Creditor    RushmoreLoan Management Services as Servicer for NRZ
               Pass- Through Trust I, U.S. Bank National Assoc., as Trustee bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    RushmoreLoan Management Services as Servicer for NRZ
               Pass- Through Trust I, U.S. Bank National Assoc., as Trustee bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Robert Van Livengood general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Jennifer Leona Livengood general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    ROBERT VAN LIVENGOOD            CHAPTER 13
    JENNIFER LEONA LIVENGOOD      CASE NO.: 1:12-bk-07004-RNO
         DEBTOR(S)                      MOTION TO TERMINATE AMENDED
                                                  WAGE ATTACHMENT TO PAY
                                                  TRUSTEE

## ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the

Debtors, Robert Van Livengood and Jennifer Leona Livengood:

**IT IS HEREBY ORDERED** that until further Order of the Court:

        Employer:   Medstar Franklin Square Medical Center
        Attention:   Payroll
        Address:     9000 Franklin Square Drive
                          Baltimore, MD 21237

Shall no longer deduct funds from the income of Robert Van Livengood.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: January 12, 2018