UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERT VAN LIVENGOOD  Case No.: 1-12-07004-RNO
JENNIFER LEONA LIVENGOOD  Chapter 13
    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name:      RUSHMORE LOAN MGMT SERVICE
Court Claim Number:      03
Last Four of Loan Number:      0605
Property Address if applicable:      3550 MIDDLEBORO ROAD, DOVER, PA 17315

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $54,736.10 |
| b. | Prepetition arrearages paid by the Trustee: | $54,736.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $54,736.10 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,455.69
Next postpetition payment due: JANURAY, 2018
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

Case 1:12-bk-07004-RNO  Doc 63  Filed 01/23/18  Entered 01/23/18 09:30:40  Desc
Page 1 of 3

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: January 23, 2018                    Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    ROBERT VAN LIVENGOOD                      Case No.: 1-12-07004-RNO
    JENNIFER LEONA LIVENGOOD              Chapter 13
                Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on January 23, 2018.

ROBERT VAN LIVENGOOD
JENNIFER LEONA LIVENGOOD
3550 MIDDLEBORO ROAD
DOVER, PA  17315


RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE, CA,  92619-2708


JACKIE DEARMOND, ESQUIRE
18 SOUTH GEORGE STREET
YORK PA,  17401-


Date: January 23, 2018                      s/    Donna Schott
                                                     Charles J. DeHart, III, Trustee
                                                     Standing Chapter 13 Trustee
                                                     Suite A, 8125 Adams Drive
                                                     Hummelstown, PA  17036
                                                     Phone:  (717) 566-6097
                                                     Fax:  (717) 566-8313
                                                     eMail:  dehartstaff@pamd13trustee.com