```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-07004-RNO
Robert Van Livengood                                            Chapter 13
Jennifer Leona Livengood
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh              Page 1 of 1           Date Rcvd: Mar 20, 2018
                              Form ID: fnldec            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db              +Robert Van Livengood,    3550 Middleboro Road,    Dover, PA 17315-4438
jdb             +Jennifer Leona Livengood,    1814 Virginia Avenue,    Dover, PA 17315-3868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC   djwilcoxson@ecmc.org
              Jackie J DeArmond   on behalf of Debtor 2 Jennifer Leona Livengood
               bernadette.dearmondlaw@gmail.com
              Jackie J DeArmond   on behalf of Debtor 1 Robert Van Livengood bernadette.dearmondlaw@gmail.com
              James Warmbrodt   on behalf of Creditor   RushmoreLoan Management Services as Servicer for NRZ
               Pass- Through Trust I, U.S. Bank National Assoc., as Trustee bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor   NRZ Pass-Through Trust I, U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman   on behalf of Creditor   RushmoreLoan Management Services as Servicer for NRZ
               Pass- Through Trust I, U.S. Bank National Assoc., as Trustee bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond   on behalf of Debtor 1 Robert Van Livengood general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond   on behalf of Debtor 2 Jennifer Leona Livengood general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Van Livengood<br>3550 Middleboro Road<br>Dover, PA 17315 | Chapter 13<br>Case No. 1:12−bk−07004−RNO |
| Jennifer Leona Livengood<br>aka Jennifer Leona Hobart<br>1814 Virginia Avenue<br>Dover, PA 17315 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9069
xxx−xx−8204

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 20, 2018                                   By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk